UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Cook Biotech Incorporated | ) | |
| and Purdue Research Foundation, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:03CV0046 |
| | ) | |
| v. | ) | |
| | ) | |
| ACell Incorporated, | ) | |
| Stephen F. Badylak, and | ) | |
| Alan R. Spievack, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' WITNESS LIST PURSUANT TO FED. R. CIV. P. 26(a)(3)(A) AND (B)
AND APRIL 18, 2005 ORDER—REVISED**

Plaintiffs Cook Biotech Incorporated ("Cook Biotech") and Purdue Research Foundation

("PRF") (collectively "Plaintiffs"), by their undersigned attorneys, hereby provide Defendants

ACell Incorporated, Stephen F. Badylak, Alan R. Spievack, and the Court with Plaintiffs' pretrial

witness list and disclosures pursuant to FED. R. CIV. P. 26(a)(3)(A) and (B) and the Court's

Order of April 15, 2005 (Docket No. 375).

Identity of Witnesses Who Plaintiffs Expect to Present at Trial Through Live Testimony

Mark Bleyer - President of Cook Biotech Incorporated
1425 Innovation Place, West Lafayette, IN  47906
(765) 497-3355
♦      Cook Biotech's trade secrets, history of development of porcine-derived processed
collagenous extracellular matrix materials used as grafts for patient tissue regeneration
(hereinafter "ECMs") and Cook Biotech, Cook Biotech's sales and marketing efforts and
damages; matters covered in his depositions and courtroom testimony

1

Dr. Michael Hiles – Chief Scientific Officer of Cook Biotech Incorporated

1425 Innovation Place, West Lafayette, IN 47906

(765) 497-3355

♦      Cook Biotech's research and development efforts concerning ECMs at issue; Cook Biotech's trade secrets, protocols, and FDA compliance; TERAC; understanding of a person of ordinary skill in tissue engineering art; history of development of porcine-derived ECMs and Cook Biotech, Cook Biotech's sales and marketing efforts and damages, protocols, specifications, testing, and histology of small intestine, urinary bladder, and ECMs at issue

Joseph B. Hornett – Senior Vice President & Treasurer, Purdue Research Foundation

3000 Kent Avenue, West Lafayette, IN 47906

(765) 494-8645

♦      Purdue Research Foundation's ("PRF") licensing efforts concerning ECMs at issue; Purdue's interactions and relationship with Cook; PRF's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's patent licensing efforts; PRF's and Cook Biotech's intentions and activities regarding licensing, development and commercialization of ECM technology; PRF's relationship with its licensees; PRF's relationships with ECM inventors; PRF's and Cook Biotech's relationship with Clarian; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; PRF's UBM inventorship investigation; Badylak's termination; ECM related license and royalty payments; inventorship of U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619

Robert Tullius—adverse witness (also by deposition)

11209 S. State Road 43, Brookston, IN 47923

(800) 826-2926

♦      Protocols, specifications, testing, and histology of ECMs at issue; record-keeping practices in Purdue University's Department of Biomedical Engineering; history of development of ECMs at issue; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell manufacturing facility, staff, and protocols; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research, documents, and other intellectual property; matters covered in his deposition

Sherry Ziobro – Vice President of Production, ACell Inc.—adverse witness (also by deposition)

2700 Kent Ave, West Lafayette, 47906

(765) 464-8198

♦      Protocols, specifications, testing, and histology of ECMs at issue; ACell manufacturing facility, staff, and protocols; history of development of ECMs at issue; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research, documents, and other intellectual property; matters covered in her affidavits, deposition, and courtroom testimony

Paul Stromberg - Department of Veterinary Biosciences—expert witness
Ohio State University, 1925 Coffey Road, Columbus, Ohio 43210
614-292-9684
♦       Protocols, specifications, testing, and histology of small intestine, urinary bladder, and ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; matters covered in his affidavits, expert reports, depositions, and courtroom testimony; rebuttal of testimony and reports provided by Defendants' expert witnesses

Paul Bianco – Fleit, Kain, Gibbons, Gutman, Bongini, & Bianco P.L.—expert witness
Courvoisier Centre II, 601 Brickell Key Drive - Suite 404, Miami, Florida 33131
(305) 416-4490
♦       Inventorship of U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; understanding of a person of ordinary skill in tissue engineering art; written description of U.S. Patent Serial No. 5,554,389; matters covered in his expert reports and deposition; rebuttal of testimony and reports provided by Defendants' expert witnesses

Joseph Colaianni – Patton Boggs, LLP—expert witness
2550 M Street, N.W., 3rd floor, Washington, DC 20037
(202) 457-6174
♦       Inventorship of U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; matters covered in his expert report and deposition; rebuttal of testimony and reports provided by Defendants' expert witnesses

Paul Ducheyne – Department of Bioengineering – University of Pennsylvania—expert witness
3320 Smith Walk, Philadelphia, PA 19104
(215) 898-1521
♦       written description of U.S. Patent Serial No. 5,554,389; materials testing of ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; matters covered in his expert reports and deposition; rebuttal of testimony and reports provided by Defendants' expert witnesses

John Tomaszewski – Professor, University of Pennsylvania—expert witness
Surgical Pathology Section, Founders Pavilion, Room 6.042,
Hospital of the University of Pennsylvania, 3400 Spruce Street,
Philadelphia, PA 19104
(215) 662-6852
♦       Protocols, specifications, testing, and histology of urinary bladder and ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; matters covered in his expert report and deposition; rebuttal of testimony and reports provided by Defendants' expert witnesses

Tim McPherson—Plaintiffs' witness
Associate Professor of Pharmaceutics
Southern Illinois University at Edwardsville
School of Pharmacy
220 University Park Drive
Edwardsville, IL  62026-2000
(618) 659-0104
♦　　Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; inventorship of U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; PRF's confidential information and Cook Biotech's trade secrets


Identity of Witnesses Who Plaintiffs Expect to Present at Trial Through Deposition Testimony

Stephen F. Badylak—adverse witness
1150 Kingswood Road South, West Lafayette, Indiana  47906
(412) 235-5148
♦　　Protocols, specifications, testing, and histology of ECMs at issue; record-keeping practices in Purdue University's Department of Biomedical Engineering; history of development of ECMs at issue; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; matters covered in his depositions, expert reports, affidavits, and courtroom testimony

Alan R. Spievack – Vice President, ACell Inc.—adverse witness
6 Old Dee Road, Cambridge, MA 02138
(617) 547-9060
♦　　Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; matters covered in his affidavits and depositions

James R. DeFrancesco - ACell Incorporated—adverse witness
10555 Guilford Road, Suite 113, Jessup, MD 20794
(800) 826-2926
♦　　U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent applications and intellectual property; pricing and sales of ACell Vet product; financial information and plans of ACell; matters covered in his affidavit, depositions, and courtroom testimony

Nathan Huber—Plaintiffs' witness

7 Glazier Road, Fort Wright, Kentucky 41011-2726

(859) 426-0547

♦ Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; inventorship of U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; matters covered in his deposition

Custodian of records for Children's Hospital Boston—third party

300 Longwood Avenue, Boston, MA  02115

(617) 355-6800

♦ Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in its deposition

Brenda Manning – Associate Director, Children's Hospital Boston—third party

21 Autumn Street, Boston, MA  02115

(617) 355-7404

♦ ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in her deposition

Jim Abraham—third party

4 Jordans Wood Circle, San Antonio, TX  78248

(210) 492-1906

♦ ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in his deposition

Custodian of records for The Innovation Factory—third party
2750 Premiere Parkway, Suite 200, Duluth, GA  30097
(678) 417-7626

♦      Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in its deposition

Steve Waite – President, The Innovation Factory—third party
2750 Premiere Parkway, Suite 200, Duluth, GA  30097
(678) 417-7626

♦      ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in his deposition

Custodian of records for Smetek & Associates, Inc.—third party
1628 Marshall Street, Houston, TX  77006
(713) 529-6277

♦      Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in its deposition

Peter Smetek – President, Smetek & Associates, Inc.—third party
1628 Marshall Street, Houston, TX  77006
(713) 529-6277

♦      ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered in his deposition

Custodian of records for CB Health Ventures—adverse witness
800 Boylston Street, Suite 800, Boston, MA  02199
(617) 450-9800
♦       Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and
Cook Biotech's lack of interference with ACell's efforts, including licensing, development and
marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM
inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM
market; ACell's business plan including plant setup and procedures and financial data; U.S.
Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074,
and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; matters covered
in its deposition

Rick Blume - CB Health Ventures—adverse witness
800 Boylston Street, Suite 800, Boston, MA  02199
(617) 450-9800
♦       ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's
efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook
Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of
U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and
procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538;
6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and
efforts to license PRF patents; matters covered in his deposition

Ronda P. Moore - Kirkpatrick & Lockhart Nicholson Graham, LLP—adverse witness
75 State Street, Boston, Massachusetts 02109
(617) 261-3100
♦       Noninfringement opinion concerning PRF patents; U.S. Patent Serial Nos. 6,576,265;
6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; whereabouts and use of
Plaintiffs' research and other intellectual property; involvement of Badylak in preparation of
U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and
6,869,619; matters covered in her deposition

Custodian of records for Testa, Hurwitz, & Thibeault LLP—adverse witness
125 High Street, Boston, Massachusetts 02110
(617) 248-7000
♦       Authenticity of documents produced concerning:  Noninfringement opinion concerning
PRF patents; U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339;
6,861,074, and 6,869,619; whereabouts and use of Plaintiffs' research and other intellectual
property; involvement of Badylak in preparation of U.S. Patent Serial Nos. 6,576,265;
6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; matters covered in its
deposition

Kina Lindberg - University of Pittsburgh—adverse witness
Department – Surgery, MGOWN 200, Pittsburgh, PA 15260
(412) 235-5200
♦       Protocols, specifications, testing, and histology of ECMs at issue; record-keeping
practices in Purdue University's Department of Biomedical Engineering; history of development
of ECMs at issue; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776;
6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to
license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property;
matters covered in her deposition


Identity of Witnesses Who Plaintiffs May Call at Trial If the Need Arises

Jay Hodde - Cook Biotech Incorporated
1425 Innovation Place, West Lafayette, IN 47906
(765) 497-3355
♦       Cook Biotech's trade secrets; history of development of ECMs; protocols, specifications,
testing, and histology of ECMs at issue; record-keeping practices in Purdue University's
Department of Biomedical Engineering; matters covered in his deposition and courtroom
testimony

Joe Obermiller – Cook Biotech Incorporated
1425 Innovation Place, West Lafayette, IN 47906
(765) 497-3355
♦       Cook Biotech's trade secrets; history of development of ECMs; protocols, specifications,
testing, and histology of ECMs at issue; record-keeping practices in Purdue University's
Department of Biomedical Engineering

Dave Ernst – Cook Biotech Incorporated
1425 Innovation Place, West Lafayette, IN 47906
(765) 497-3355
♦       Cook Biotech's trade secrets; history of development of ECMs; protocols, specifications,
testing, and histology of ECMs at issue; record-keeping practices in Purdue University's
Department of Biomedical Engineering

Dr. Umesh Patel – Vice President of Operations, Cook Biotech Incorporated
1425 Innovation Place, West Lafayette, IN 47906
(765) 497-3355
♦       Cook Biotech's trade secrets, protocols, and FDA compliance; TERAC

Donald Shawver - President of Global Veterinary Products, Inc.—Plaintiffs' witness
19601 West U.S. Highway 12, New Buffalo, Michigan 49117
(269) 469-8882
♦       Cook Biotech's sales and marketing efforts and damages; matters covered in his
courtroom testimony

Donald Shockey – Director of Fracture Mechanics, SRI International—expert witness
333 Ravenswood Avenue, Menlo Park, CA 94025-3493
Phone: 650-859-2000
♦        Materials testing and histological preparation of ECMs at issue; authentication, custody, and control of ACell Vet samples received from ACell; matters covered in his expert report

Takao Kobayashi – Senior Staff Scientist, SRI International—expert witness
333 Ravenswood Avenue, Menlo Park, CA 94025-3493
Phone: 650-859-2000
♦        Materials testing and histological preparation of ECMs at issue; authentication, custody, and control of ACell Vet samples received from ACell; matters covered in his expert report

Simran Trana – Acting Director, Purdue Research Foundation
3000 Kent Avenue, West Lafayette, IN 47906
(765) 494-8645
♦        PRF's licensing efforts concerning ECMs at issue, PRF's damages, ECM related license and royalty payments, matters covered in her affidavits and deposition

Deana Pass – Office Manager & Contract Specialist, Purdue Research Foundation
3000 Kent Avenue, West Lafayette, IN 47906
(765) 494-8645
♦        PRF's licensing efforts concerning ECMs at issue, ECM related license and royalty payments

Deb McGuire - Information Tech. Analyst, Purdue Research Foundation
3000 Kent Avenue, West Lafayette, IN  47906
(765) 494-8645
♦        PRF's licensing efforts concerning ECMs at issue

Dr. Leslie A. Geddes - Department of Biomedical Engineering, Purdue University
A.A. Potter Building, West Lafayette, IN  47907
(765) 494-4600
♦        History of development of ECMs; protocols, specifications, testing, and histology of ECMs at issue; TERAC meetings

Sherry Voytik-Harbin - Asst. Professor-Biomedical Engineering/BMS,
  Purdue University
A.A. Potter Building, West Lafayette, IN  47907
(765) 494-4600
♦        Protocols, specifications, testing, and histology of ECMs at issue; subject matter of U.S. Patent No. 5,554,389; record-keeping practices in Purdue University's Department of Biomedical Engineering; history of development of ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; matters covered in her affidavits, deposition, and courtroom testimony

Andrew Brightman – Biomedical Engineering, Purdue University
208 Potter Engineering Center, West Lafayette, IN 47907
(765) 496-3537
♦      Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue; history of development of ECMs at issue; understanding of a person of ordinary skill in tissue engineering art; subject matter of U.S. Patent No. 5,554,389; TERAC; matters covered in his affidavit and deposition

Larry E. Pherson - Purdue University
610 Purdue Mall, West Lafayette, IN  47907-2040
(765) 494-4600
♦      Purdue's interactions and relationship with Cook; Purdue's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; Purdue's and PRF's UBM inventorship investigation; Badylak's termination

Gary Isom - Vice President for Research and Dean, Graduate School, Purdue University
1071 Hovde Hall, West Lafayette, IN 47907-1071
(765) 494-6209
♦      Purdue's interactions and relationship with Cook; Purdue's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; Purdue's and PRF's UBM inventorship investigation; Badylak's termination; matters covered in his deposition

Robert L. Ringel - Purdue University
Recitation Building, 656 Oval Drive, West Lafayette, IN 47907-2086
(765) 494-4600
♦      Purdue's interactions and relationship with Cook; Purdue's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; Purdue's and PRF's UBM inventorship investigation; Badylak's termination

Sally K. Frost-Mason – Provost, Purdue University
100 Hovde Hall, 610 Purdue Mall, West Lafayette, IN 47907-2040
(765) 494-4709
♦      Purdue's interactions and relationship with Cook; Purdue's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; Purdue's and PRF's UBM inventorship investigation; Badylak's termination; matters covered in her deposition

Kenneth P. Burns – Purdue University – Retired
1721 Redwood Lane
Lafayette, IN  47905-3941
(765) 449-0687

♦       Purdue's interactions and relationship with Cook; PRF's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's patent licensing efforts; PRF's and Cook Biotech's intentions and activities regarding licensing, development and commercialization of ECM technology; PRF's relationship with its licensees; PRF's relationships with ECM inventors; PRF's and Cook Biotech's relationship with Clarian; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; PRF's UBM inventorship investigation; Badylak's termination; ECM related license and royalty payments; matters covered in his deposition

Peter Dunn – Professor of Entomology, Purdue University
100 Hovde Hall, 610 Purdue Mall, West Lafayette, IN 47907
(765) 494-3996

♦       Purdue's interactions and relationship with Cook; Purdue's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; matters covered in his deposition

Martin C. Jischke, Ph. D. – President, Purdue University
100 Hovde Hall, 610 Purdue Mall, West Lafayette, IN 47907
(765) 494-9708

♦       PRF's licensing efforts concerning ECMs at issue; Purdue's interactions and relationship with Cook; PRF's interactions with ACell, Badylak and Spievack; PRF's and Cook Biotech's patent licensing efforts; PRF's and Cook Biotech's intentions and activities regarding licensing, development and commercialization of ECM technology; PRF's relationship with its licensees; PRF's relationships with ECM inventors; PRF's and Cook Biotech's relationship with Clarian; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; PRF's UBM inventorship investigation; Badylak's termination; ECM related license and royalty payments; matters covered in his deposition

Custodian of records for CorMatrix, LLC—third party
14980 East Bluff Road, Alpharetta, GA  30004
(404) 626-6525

♦       Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; PRF's UBM inventorship investigation; the ECM market; CorMatrix financial information; subject matter of U.S. Patent No. 5,554,389

David B. Camp – CorMatrix, LLC—third party
14980 East Bluff Road, Alpharetta, GA  30004
(404) 626-6525
♦      ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; PRF's UBM inventorship investigation; the ECM market; CorMatrix financial information; subject matter of U.S. Patent No. 5,554,389

Teruhiro Utsugi – Director of Product Research & Licensing,—third party
Taiho Pharmaceutical Co., Ltd.
1-27 Kandanishiki-Cho, Chiyoda-Ku, Tokyo 101-8444, Japan
81-3-3294-4523
♦      ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; the ECM market

Custodian of records for The Baker-Meekins Company, Inc.—third party
1404 Front Avenue, Lutherville, MD 21093
(410) 823-2600
♦      Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents

William Ross Adams - The Baker-Meekins Company, Inc.—third party
1404 Front Avenue, Lutherville, MD  21093
(410) 823-2600
♦      ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; the ECM market; ACell's business plan including plant setup and procedures and financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents

Custodian of records for Genzyme Biosciences—third party
500 Kendall Street, Cambridge, MA  02142
(617) 252-7500
♦      Authenticity of documents produced concerning:  ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of U.S. Patent No. 5,554,389; ACell's business plan including plant setup and procedures, testing, and financial data; U.S. Patent Serial

Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; the ECM market; ACell's formation, funding, and efforts to license PRF patents

Custodian of records for Madison Keats—adverse witness
Three Wachovia Center, 401 South Tryon, Suite 2560, Charlotte, NC  28202
(704) 377-4121
♦       Authenticity of documents produced concerning:  ACell's licensing efforts; ACell's business plan including plant setup and procedures and financial data; the ECM market; ACell's formation, funding, and efforts to license PRF patents

Custodian of records for Comcast—third party
c/o CT Corporation System, 251 E. Ohio Street, Suite 1100, Indianapolis, IN  46204
(800) 266-2278
♦       Authenticity of documents produced concerning:  Spievack e-mail account(s); Spievack communications concerning issues in case

Custodian of records for Earthlink, Inc.—third party
c/o CT Corporation System, 251 E. Ohio Street, Suite 1100, Indianapolis, IN  46204
(800) 327-8454
♦       Authenticity of documents produced concerning:  Spievack e-mail account(s); Spievack communications concerning issues in case

Custodian of records for Microsoft Corporation—third party
c/o Corporation Service Company, 251 E. Ohio Street, Suite 500, Indianapolis, IN  46204
(425) 882-8080
♦       Authenticity of documents produced concerning:  Badylak e-mail account(s); Badylak communications concerning issues in case

Tiffany Karp – ACell, Inc.—adverse witness
1050 North Taylor St., #214, Arlington, VA  22201
(703) 527-1598
♦       ACell's formation, funding, research, efforts to obtain patent licenses, and efforts to commercialize its technology; PRF's and Cook Biotech's interactions with ACell; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts

Robert G. Matheny—third party
14980 East Bluff Road, Alpharetta, GA  30004
(404) 581-0405
♦       ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook Biotech's monopolization efforts; the ECM market; CorMatrix financial information

Edward J. Morris - MIR Inc.—third party
716 Fieldcrest Avenue, Bloomington, IN  47401
(812) 331-4076
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339;
6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents;
whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent
applications and intellectual property

Beecher Lewis - Regeneration Technology, Inc.—third party
11621 Research Circle, Alachua, FL  32615
(904) 418-8888
♦       ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's
efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook
Biotech's monopolization efforts; UBM inventorship investigation; Defendants' infringement of
U.S. Patent No. 5,554,389; ACell's business plan including plant setup and procedures and
financial data; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538; 6,783,776; 6,849,273;
6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF
patents; the ECM market

Matt Waninger - MED Institute, Inc.—Plaintiffs' witness
1400 Cumberland Ave., West Lafayette, IN 47906
(765) 463-7537
♦       Protocols, specifications, testing, and histology of ECMs at issue; subject matter of U.S.
Patent No. 5,554,389; matters covered in his affidavit and deposition

Mitchell S. Bloom - Testa, Hurwitz & Thibeault, LLP—adverse witness
125 High Street, Boston, Massachusetts 02110
(617) 248-7000
♦       ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's
efforts, including licensing, development and marketing efforts; nonexistence of PRF's and Cook
Biotech's monopolization efforts; U.S. Patent Serial Nos. 5,554,389; 6,576,265; 6,579,538;
6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and
efforts to license PRF patents

Charles Clifford – Charles River Laboratories, Inc.—adverse expert witness
251 Ballardvale Street, Wilmington, MA 01887-1000
978-658-6000
♦       Protocols, specifications, testing, and histology of small intestine, urinary bladder, and
ECMs at issue; matters covered in his expert reports, depositions, and courtroom testimony

Jack Carl Debes - John Fiske Brown Associates, Inc.—adverse expert witness
637 Valley Avenue, Solana Beach, CA, 92075
(858) 481-1990
♦       written description of U.S. Patent Serial No. 5,554,389; materials testing of ECMs at
issue; matters covered in his expert reports and deposition

14

Larry S. Nixon—adverse expert witness
1228 N. Danville Street, Arlington, VA 22201
(703) 465-4546
♦        Inventorship of U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273;
6,852,339; 6,861,074, and 6,869,619; matters covered in his expert report and deposition

Emil A. Tanagho – Professor of Urology, University of California—adverse expert witness
400 Parnassus Avenue, A633, San Francisco, CA 94143
(415) 476-1611
♦        written description of U.S. Patent Serial No. 5,554,389; matters covered in his expert
report

Robert L. Vigil – Vice President, Analysis Group, Inc.—adverse expert witness
1899 Pennsylvania Avenue, NW, Suite 200, Washington, D.C., 20006
(202) 530-3996
♦        PRF's licensing efforts concerning ECMs at issue, PRF's damages, ECM related license
and royalty payments to Badylak and Spievack, matters covered in his expert report and
deposition

Tom Gilbert - University of Pittsburgh—adverse witness
Department – Surgery, MGOWN 200, Pittsburgh, PA 15260
(412) 235-5200
♦        Protocols, specifications, testing, and histology of ECMs at issue; whereabouts and use of
Plaintiffs' research and other intellectual property

Dr. George R. Wodicka - Department Chairman of Biomedical Engineering,
    Purdue University
A.A. Potter Building, West Lafayette, IN  47907
(765) 494-4600
♦        ACell sponsored research agreements, record-keeping practices in Purdue University's
Department of Biomedical Engineering, whereabouts and use of Plaintiffs' research and other
intellectual property

Johanna K. Gelfand - Department of Biomedical Engineering, Purdue University
A.A. Potter Building, West Lafayette, IN  47907
(765) 494-4600
♦        ACell sponsored research agreements, record-keeping practices in and custodian of
records for Purdue University's Department of Biomedical Engineering, whereabouts and use of
Plaintiffs' research and other intellectual property

John Turek – Professor of Basic Medical Sciences
Purdue University
G193C Lynn Hall
West Lafayette, IN  47907
(765) 494-5854
♦       Protocols, specifications, testing, and histology of ECMs at issue; subject matter of U.S.
Patent No. 5,554,389; record-keeping practices in Purdue University's Department of
Biomedical Engineering; history of development of ECMs at issue

Rae Record Ritchie - Associate Staff-USDA-ARS Research Association
208 Potter Engineering Center, Purdue University, West Lafayette, IN 47907
(765) 494-4600
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Abby Simmons-Byrd – ACell Inc.—adverse witness
2700 Kent Ave, West Lafayette, 47906
(765) 464-8198
♦       Protocols, specifications, testing, and histology of ECMs at issue; record-keeping
practices in Purdue University's Department of Biomedical Engineering; history of development
of ECMs at issue; ACell manufacturing facility, staff, and protocols

Sharon Snyder – Purdue University
Home: 917 West Main St., Crawfordsville, IN 47933
(713) 275-2290
♦       Protocols, specifications, testing, and histology of ECMs at issue; record-keeping
practices in Purdue University's Department of Biomedical Engineering; history of development
of ECMs at issue

Anthony Atala - Wake Forest University, School of Medicine, —adverse witness
Department of Urology
Medical Center Boulevard, Winston-Salem, NC 27157
(336) 716-5701
♦       ACell's licensing efforts; PRF's and Cook Biotech's lack of interference with ACell's
efforts, including licensing, development and marketing efforts

William Bacha – Rutgers University, Department of Biology,
Camden College of Arts and Sciences, Camden, New Jersey 08102
(856) 225-1766
♦       histology of small intestine and urinary bladder

William E. Baitinger – Purdue University
100 Hovde Building, Purdue University, West Lafayette, IN 47907
(765) 494-4600
♦       ACell's efforts to license PRF patents, receipt and processing practices for patent
disclosures made by Purdue University personnel, matters covered in his deposition

Beverly Waisner – Laboratory Technician VI, Purdue University
Lynn Building, West Lafayette, IN 47907
(765) 494-4600
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Jennifer Simon – Purdue University
883 Sherburne Ave, Saint Paul, MN 55104
(651) 228-1713
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Bryan Whitson—Plaintiffs' witness
3756 Robin Lane
Eagan, MN  55122
(651) 398-3936
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Matt Perry – Purdue University
3902 S. Orchard Ct, Lafayette, IN 47905
(765) 449-4449
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Chris O'Keith—Plaintiffs' witness
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Shandol Swalley—Plaintiffs' witness
5016 Quebec Street
College Park, MD 20740-2513
(301) 441-8298
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Jeff Giba—Plaintiffs' witness
5348 Maplewood Place
Downers Grove, IL  60515
No phone listed
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Ashley Johnson—Plaintiffs' witness
10720 Royal Drive
Carmel, IN 46032
(317) 501-0812
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Annie Liang—Plaintiffs' witness
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Archana Sharma—Plaintiffs' witness
2127 Old Oak Drive
West Lafayette, IN  47906
(765) 497-4365
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Richelle Strass—Plaintiffs' witness
P.O. Box 345
Stuart, FL  34995
No phone listed
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Jill Haan—Plaintiffs' witness
724 S. 1025 E.
Lafayette, IN  47905
(765) 296-2956
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Nathan Pitner—Plaintiffs' witness
6633 Cross Key Drive
Indianapolis, IN  46268
(317) 388-1395
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Danny Freytes – University of Pittsburgh—adverse witness
Department – Surgery, MGOWN 200, Pittsburgh, PA 15260
(412) 235-5200
♦        Protocols, specifications, testing, and histology of ECMs at issue; history of development of ECMs at issue

Stephanie Hill—Plaintiffs' witness
6819 Charlottesville Row
Fort Wayne, IN  46804
(260) 436-0914
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

David Carmichael – Computer Engineering – Purdue University
EE Building, West Lafayette, IN 47907
(765) 494-3546
♦       Custodian of records for Purdue and PRF e-mails; use, storage, volume, and searchability
of e-mailboxes routed through purdue.edu domains; matters covered in his affidavit

Anthony Look Tong—Plaintiffs' witness
10240 Camino Ruiz #175
San Diego, CA  92126
No phone listed
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Signe Hobaugh – Purdue University School of Veterinary Medicine
LSA Building, West Lafayette, IN 47907
(765) 494-4600
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue; information concerning NCLS 0025

Boyle Cheng—Plaintiffs' witness
Stryker Spine
59 Route 17 South
Allendale, NJ  07401-1677
(800) 934-2463, ext. 8405
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Mark Baldwin—Plaintiffs' witness
2089 Smokymill Road
Dublin, OH  43017
No phone listed
♦       Protocols, specifications, testing, and histology of ECMs at issue; history of development
of ECMs at issue

Ralph Leasure – ACell Incorporated—adverse witness
10555 Guilford Road, Suite 113, Jessup, MD 20794
(800) 826-2926
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339;
6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents;

whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent applications and intellectual property

Stephen X. Graham – ACell Incorporated—adverse witness
10555 Guilford Road, Suite 113, Jessup, MD 20794
(800) 826-2926
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent applications and intellectual property

Anne Morton Wyman—adverse witness
11650 Wye Heights Road, Easton, MD 21601
(410) 820-8435
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent applications and intellectual property

Miles H. Grody – General Counsel, ACell Incorporated—adverse witness
10555 Guilford Road, Suite 113, Jessup, MD 20794
(800) 826-2926
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; noninfringement opinion concerning PRF patents; other ACell patent applications and intellectual property

Patty Meehan – ACell Incorporated—adverse witness
10555 Guilford Road, Suite 113, Jessup, MD  20794
(410) 715-1700
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent applications and intellectual property

Suvia A. S. Evans – ACell Incorporated—adverse witness
10555 Guilford Road, Suite 113, Jessup, MD 20794
(800) 826-2926
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents; whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent applications and intellectual property

Jim Osborne – ACell Incorporated—adverse witness
10555 Guilford Road, Jessup, MD  20794
(410) 715-1700
♦       U.S. Patent Serial Nos. 6,576,265; 6,579,538; 6,783,776; 6,849,273; 6,852,339;
6,861,074, and 6,869,619; ACell's formation, funding, and efforts to license PRF patents;
whereabouts and use of Plaintiffs' research and other intellectual property; other ACell patent
applications and intellectual property

Thomas C. Meyers - Testa, Hurwitz & Thibeault LLP—adverse witness
125 High Street, Boston, Massachusetts 02110
(617) 248-7000
♦       Noninfringement opinion concerning PRF patents; U.S. Patent Serial Nos. 6,576,265;
6,579,538; 6,783,776; 6,849,273; 6,852,339; 6,861,074, and 6,869,619

Tate Trujillo
1107 Foxglove Court
Zionsville, IN  46077
(317) 873-5931
♦       Protocols, specifications, testing, and histology of ECMs at issue; subject matter of U.S.
Patent No. 5,554,389; record-keeping practices in Purdue University's Department of
Biomedical Engineering; history of development of ECMs at issue

Barbara Tincher – Purdue University
Athletic Department, West Lafayette, IN  47907
(765) 494-3852
♦       Protocols, specifications, testing, and histology of ECMs at issue; subject matter of U.S.
Patent No. 5,554,389; record-keeping practices in Purdue University's Department of
Biomedical Engineering; history of development of ECMs at issue


Identity of Witnesses Who Plaintiffs May Present at Trial By Means of Deposition Testimony If
the Need Arises

R. F. (Ric) Redden, DVM—third party
c/o Equine Podiatry Center, 8235 McCowans Ferry Road, Versailles, KY  40383
(859) 873-5294
♦       ACell products, including testing thereof, case studies relative thereto, testing agreements
concerning same, marketing information concerning same, literature concerning same, and use
thereof in patients; matters covered in his deposition

Jeffery Wood, DVM - Northside Veterinary Hospital—adverse witness
1091 W. Moore Road, Hillsdale, MI  49242
(517) 437-5544
♦       ACell Vet product, including testing thereof, case studies relative thereto, testing
agreements concerning same, marketing information concerning same, literature concerning

same, and use thereof in patients; ACell research and testing, including that which has been completed, is planned, and is in progress; matters covered in his deposition

Lisa J. Kuuttila - Science & Technology Corporation,—adverse witness
University of New Mexico
801 University Blvd., S.E., Suite #101, Albuquerque, NM 87106
(505) 272-7900
♦       ACell's efforts to license PRF patents, matters covered in her depositions


        Plaintiffs reserve the right to call any witness on Defendants' witness list.

        In the event there are other witnesses to be called at the trial, their names and addresses

and the general subject matter of their testimony will be reported to opposing counsel, with copy

to the Court, at least ten (10) days prior to trial.  Such witnesses may be called at trial only upon

leave of Court.  This restriction shall not apply to rebuttal or impeachment witnesses, the

necessity of whose testimony cannot reasonably be anticipated before trial.


                                    Respectfully submitted,

                            By:   s/Holiday W. Banta/
                                    Daniel J. Lueders
                                    Holiday W. Banta
                                    hbanta@world-ip.com
                                    WOODARD, EMHARDT, MORIARTY,
                                      MCNETT & HENRY LLP
                                    Bank One Center/Tower
                                    111 Monument Circle, Suite 3700
                                    Indianapolis, Indiana  46204-5137
                                    (317) 634-3456 – Telephone
                                    (317) 637-7561 – Facsimile

                                    *Attorneys for Plaintiff Cook Biotech Incorporated*

By:  s/William P. Kealey/_____
William P. Kealey
wpk@stuartlaw.com
STUART & BRANIGIN LLP
The Life Building
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, Indiana  47902-1010
(765) 423-1561 — Telephone
(765) 742-8175 — Facsimile

*Attorney for Plaintiff Purdue Research
Foundation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on May 11, 2005, a true and accurate copy of the foregoing PLAINTIFFS' WITNESS LIST PURSUANT TO FED. R. CIV. P. 26(a)(3)(A) AND (B) AND APRIL 18, 2005 ORDER—REVISED and a true and accurate copy of PLAINTIFFS' EXHIBIT LIST PURSUANT TO FED. R. CIV. P. 26(a)(3)(C)—REVISED were filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

J. Alan Galbraith
WILLIAMS & CONNOLLY LLP
Agalbraith@wc.com

Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
Bgenderson@wc.com

Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
Tselby@wc.com

Shruti Rana
WILLIAMS & CONNOLLY LLP
srana@wc.com

Stephen E. Arthur
HARRISON & MOBERLY, LLP
Stevea@h-mlaw.com

Raymond A. Basile
HARRISON & MOBERLY, LLP
Rbasile@h-mlaw.com

By: s/Holiday W. Banta/
Holiday W. Banta

339296

24