UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| Cook Biotech Incorporated and Purdue Research Foundation, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> ACell, Incorporated, Stephen F. Badylak, and Alan R. Spievack, <br><br> Defendants and Counter-Plaintiffs. | Case No. 4:03CV0046 |

## MEMORANDUM, OPINION, AND ORDER

The Court has very recently ruled on the numerous summary judgment motions filed by the parties in this case. These rulings will no doubt render moot many, if not most, of the motions in limine filed by the parties and currently pending before the Court. Any such motions in limine not so rendered moot should be brought to the attention of this Court in writing no later than June 27, 2005.

**IT IS SO ORDERED.**

**Date: June 22, 2005**

              s/Allen Sharp
            **ALLEN SHARP, JUDGE**
            **UNITED STATES DISTRICT COURT**