UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

FILED IN OPEN COURT

| | | |
|---|---|---|
| **Cook Biotech Incorporated** <br> **and Purdue Research Foundation,** | ) <br> ) <br> ) | JUL - 6 2005 |
| **Plaintiffs,** | ) <br> ) | AT_____M <br> STEPHEN R. LUDWIG, Clerk <br> U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF INDIANA |
| v. | ) | 4:03-CV-0046 |
| **ACell, Incorporated,** <br> **Stephen F. Badylak, and** <br> **Alan R. Spievack** | ) <br> ) <br> ) <br> ) | |
| **Defendants.** | ) | |

## VERDICT

The jury should consider the following questions and must be unanimous in the answers to each relevant question.

(1) Infringement Issue:

Have plaintiffs proved by a preponderance of the evidence that ACell Vet™, the commercial product of ACell, Inc., contains any submucosa?

　　　X Yes　　　___ No

(2) Inducement Issue:

**Do not answer any part of question 2 if you have answered "No" to question 1.**

(a) Have plaintiffs proved by a preponderance of the evidence that Dr. Badylak induced infringement of the '389 patent by ACell, Inc.?

　　　X Yes　　　___ No

(b) Have plaintiffs proved by a preponderance of the evidence that Dr. Spievack induced infringement of the '389 patent by ACell, Inc.?

    **X** Yes      ___ No

(3) Willful Infringement Issue:

**Do not answer any part of question 3 if you have answered "No" to question 1.**

(a) Have plaintiffs proved by clear and convincing evidence that ACell, Inc. willfully infringed the '389 patent?

    ___ Yes      **X** No

**If you have answered "No" to Question 2(a) do not answer question 3(b).**

(b) Have plaintiffs proved by clear and convincing evidence that Dr. Badylak willfully infringed the '389 patent?

    ___ Yes      **X** No

**If you have answered "No" to Question 2(b) do not answer question 3(c).**

(c) Have plaintiffs proved by clear and convincing evidence that Dr. Spievack willfully infringed the '389 patent?

    ___ Yes      **X** No

DATED: July 6, 2005

_____
*Patricia D. T. Rolfes*

_____
*Connie Vogel*

_____
*[signature]*

_____
*Jacqueline Barker*

_____
*Neal M. Press*
**FOREPERSON**

_____
*[signature]*

_____
*[signature]*

_____
*Russell Clark*