UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Cook Biotech Incorporated and Purdue Research Foundation, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 4:03CV0046 |
| v. | ) ) | |
| ACell Incorporated, Stephen F. Badylak, and Alan R. Spievack, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' FED. R. CIV. P. 59(e) MOTION TO ALTER OR AMEND THE JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL ON DAMAGES

Come now Plaintiffs Cook Biotech Incorporated and Purdue Research Foundation, by counsel and pursuant to Fed. R. Civ. P. 59(e), and hereby move this Court to amend the judgment entered by the Clerk at the Court's direction in favor of Plaintiffs on July 8, 2005 (Docket No. 731) and award damages for Defendants' acts of infringement. The basis for Plaintiffs' damages claim was established through Plaintiffs' offers of proof made at trial, and there was no proper basis to withhold this decision from the jury. It is important to address now the damages issues raised at trial to avoid unnecessary appellate proceedings, which proceedings are likely to result in a remand of the issue to this Court for a new trial. In the alternative, Plaintiffs respectfully move this Court for a new trial on the issue of damages pursuant to Fed. R. Civ. P. 59(a).

The reasons for Plaintiffs' Motion are separately set forth in Plaintiffs' Memorandum In Support of this Motion, filed under seal concurrently herewith. Action in accordance with the foregoing request is respectfully solicited.

    Respectfully submitted,

By: s/Holiday W. Banta/
    Daniel J. Lueders
    Holiday W. Banta
    hbanta@world-ip.com
    WOODARD, EMHARDT, MORIARTY,
      MCNETT & HENRY LLP
    Bank One Center/Tower
    111 Monument Circle, Suite 3700
    Indianapolis, Indiana 46204-5137
    (317) 634-3456 – Telephone
    (317) 637-7561 – Facsimile

*Attorneys for Plaintiff Cook Biotech Incorporated*

By: s/William P. Kealey/
    William P. Kealey
    wpk@stuartlaw.com
    STUART & BRANIGIN LLP
    300 Main Street, Suite 900
    P.O. Box 1010
    Lafayette, Indiana 47902-1010
    (765) 423-1561 – Telephone
    (765) 742-8175 – Facsimile

*Attorney for Plaintiff Purdue Research Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 21, 2005, a true and accurate copy of the foregoing PLAINTIFFS' FED. R. CIV. P. 59(e) MOTION TO ALTER OR AMEND THE JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL ON DAMAGES was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.

J. Alan Galbraith
WILLIAMS & CONNOLLY LLP
Agalbraith@wc.com

Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
Bgenderson@wc.com

Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
Tselby@wc.com

Shruti Rana
WILLIAMS & CONNOLLY LLP
Srana@wc.com

Stephen E. Arthur
HARRISON & MOBERLY, LLP
Stevea@h-mlaw.com

Raymond A. Basile
HARRISON & MOBERLY, LLP
Rbasile@h-mlaw.com

By: s/Holiday W. Banta/
Holiday W. Banta

354984